IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division



FILED
IN OPEN COURT

JUN 10 2024

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:24-cr-39 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(B) |
| | ) | Coercion and Enticement of a Child |
| ANTHONY GEORGE RUGGIERO | ) | (Counts 1 – 6) |
| | ) | |
| | ) | 18 U.S.C. § 2428 |
| | ) | Forfeiture |

### INDICTMENT

JUNE 2024 Term - At Newport News, Virginia

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about November 1, 2021, in the Eastern District of Virginia, the defendant, ANTHONY GEORGE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

### COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 2, 2021, in the Eastern District of Virginia, the defendant, ANTHONY GEORGE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the

age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

### COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 14, 2021, in the Eastern District of Virginia, the defendant, ANTHONY GEORFE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

### COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 7, 2022, in the Eastern District of Virginia, the defendant, ANTHONY GEORFE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 10, 2022, in the Eastern District of Virginia, the defendant, ANTHONY GEORFE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 18, 2022, in the Eastern District of Virginia, the defendant, ANTHONY GEORFE RUGGIERO, did unlawfully and knowingly use facilities and means of interstate commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years old – to wit: Jane Doe 1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

## **FORFEITURE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. Pursuant to Rule 32.2 FED. R. CRIM. P., if convicted of any of the violations alleged in the Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

   a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

   b. any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 2428(a)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

<u>United States v. Anthony George Ruggiero</u>
Criminal No. : 4:24cr39

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Devon E.A. Heath
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Devon.Heath@usdoj.gov

5